# Exhibit A

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

FILED
CIVIL ACTIONS BRANCH
NOV 25 2013

David L. Turner Jr
1103 50Th P.L. NE
Wash DC 20019          *Plaintiff*

vs.                                     CIVIL ACTION NO. 13-0007925

U.S. Parole Commission
90K ST. NE
Wash. DC 20002

*Defendants*

## COMPLAINT

1. Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.
On October 18, 2011, I was a victim of FALSE ARREST, INCARCERATED till August 10, 2013, for crimes not committed by my person. On April 20, 2013 CASE from 10/18/2011 was dismissed by HONORABLE JUDGE BURGESSES. The U.S. Parole Commission had hold on my person for 25moths with no proable cause, at all. Also, The U.S. Commission has Implemented 16moths Parole illegally. I have documentation that will be transparent contendictions and lawful violations committed by U.S. Parole Commission that has violated my Constitutional RIGHTS.

Wherefore, Plaintiff demands judgment against Defendant in the sum of $ 10,000 with interest and costs.

(202) 669-5672 (202)397-7469
Phone:

DISTRICT OF COLUMBIA, ss

David Lewis Turner Jr_____, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the paintiff, exclusive of all set-off and just grounds of defense.

_____
(Plaintiff                                Agent)

Subscribed and sworn to before me this __25th__ day of __November__ 20 _13_.

_____
(Notary Public/Deputy Clerk)

FORM CV-1013/ Nov. 00


Case: 2013 CA 007925 B

DC ID Exp. 4/2019



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

David L. Turner Jr _____ Plaintiff

vs.

U.S. Parole Commission _____ Defendant

Case Number 13-0007925

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

David L. Turner Jr
Name of Plaintiff's Attorney

1143 50th Pl NE
Address
Wash. DC 20019

(202) 669-5672
Telephone

Clerk of the Court

By _____
Deputy Clerk

Date 11/25/2013

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요    ያማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-682-2700) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                        CASUM.doc

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH
INFORMATION SHEET    13 - 0 0 0 7 9 2 5

David L. Turner Jr    Case Number: _____

vs    Date: Monday November 25, 2013

U.S. Parole Commission    ☐ One of the defendants is being sued in their official capacity.

| Name: (Please Print) David L. Turner | Relationship to Lawsuit |
|---|---|
| Firm Name: (Temporary) | ☐ Attorney for Plaintiff |
| Telephone No.: (202) 669-5672  Six digit Unified Bar No.: | ☐ Self (Pro Se) |
| | ☐ Other: _____ |

TYPE OF CASE: ☐ Non-Jury     ☐ 6 Person Jury     ☐ 12 Person Jury
Demand: $ 10,000    Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.: _____  Judge: _____  Calendar #: _____

Case No.: _____  Judge: _____  Calendar#: _____

NATURE OF SUIT:     (Check One Box Only)

**A. CONTRACTS**                                              **COLLECTION CASES**

☐ 01 Breach of Contract         ☐ 07 Personal Property         ☐ 14 Under $25,000 Pltf. Grants Consent
☐ 02 Breach of Warranty         ☐ 09 Real Property-Real Estate ☐ 16 Under $25,000 Consent Denied
☐ 06 Negotiable Instrument      ☐ 12 Specific Performance      ☐ 17 OVER $25,000 Pltf. Grants Consent
☐ 15 Special Education Fees     ☐ 13 Employment Discrimination ☐ 18 OVER $25,000 Consent Denied
☐ 10 Mortgage Foreclosure
   D.C. Code § 42-815

**B. PROPERTY TORTS**

☐ 01 Automobile                 ☐ 03 Destruction of Private Property   ☐ 05 Trespass
☐ 02 Conversion                 ☐ 04 Property Damage                    ☐ 06 Traffic Adjudication
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

**C. PERSONAL TORTS**

☐ 01 Abuse of Process           ☐ 09 Harassment                ☐ 17 Personal Injury- (Not Automobile, Not Malpractice)
☐ 02 Alienation of Affection    ☐ 10 Invasion of Privacy       ☐ 18 Wrongful Death (Not Malpractice)
☐ 03 Assault and Battery        ☐ 11 Libel and Slander         ☐ 19 Wrongful Eviction
☐ 04 Automobile- Personal Injury ☐ 12 Malicious Interference   ☐ 20 Friendly Suit
☐ 05 Deceit (Misrepresentation) ☐ 13 Malicious Prosecution     ☐ 21 Asbestos
☐ 06 False Accusation           ☐ 14 Malpractice Legal         ☐ 22 Toxic/Mass Torts
☐ 07 False Arrest               ☐ 15 Malpractice Medical (Including Wrongful Death) ☐ 23 Tobacco
☒ 08 Fraud                      ☐ 16 Negligence- (Not Automobile, Not Malpractice) ☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE ☐ IF USED

CV-496/Jun 13

# Information Sheet, Continued

**C. OTHERS**
- ☐ 01 Accounting
- ☒ 02 Att. Before Judgment
- ☐ 04 Condemnation (Emin. Domain)
- ☐ 05 Ejectment
- ☐ 07 Insurance/Subrogation Under $25,000 Pltf. Grants Consent
- ☐ 08 Quiet Title
- ☐ 09 Special Writ/Warrants (DC Code § 11-941)
- ☐ 10 T.R.O./ Injunction
- ☒ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☐ 16 Declaratory Judgment
- ☐ 17 Merit Personnel Act (OEA) (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability
- ☐ 24 Application to Confirm, Modify, Vacate Arbitration Award (DC Code § 16-4401)
- ☐ 25 Liens: Tax/Water Consent Granted
- ☒ 26 Insurance/ Subrogation Under $25,000 Consent Denied
- ☐ 27 Insurance/ Subrogation Over $25,000 Pltf. Grants Consent
- ☐ 28 Motion to Confirm Arbitration Award (Collection Cases Only)
- ☐ 29 Merit Personnel Act (OHR)
- ☐ 30 Liens: Tax/ Water Consent Denied
- ☐ 31 Housing Code Regulations
- ☐ 32 Qui Tam
- ☐ 33 Whistleblower
- ☐ 34 Insurance/Subrogation Over $25,000 Consent Denied

**II.**
- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage Certificate
- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as Judgment [ D.C. Code § 2-1802.03 (h) or 32-1519 (a)]
- ☐ 20 Master Meter (D.C. Code § 42-3301, et seq.)
- ☐ 21 Petition for Subpoena [Rule 28-I (b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27(a) (1) (Perpetuate Testimony)
- ☐ 24 Petition for Structured Settlement
- ☐ 25 Petition for Liquidation

_____
Attorney's Signature

Monday November 25, 2013
10/25/2013
_____
Date

CV-496/Jun 13